IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| In Re: | Case No.: 10-03441 |
|---|---|
| **NELSON DE JESUS RODRIGUEZ** | Chapter 13 |
| Debtor(s) | |

## INFORMATIVE MOTION AND REQUEST FOR WAIVER

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That debtor filed voluntary petition under Chapter 13 on April 28, 2010.

2. That Chapter 13 Trustee request the personal information (Address & Phone Number) of beneficiary who receive the domestic support obligation (DSO) paid by the debtor in order to complete all requirements for the confirmation of the proposed plan.

3. That debtor does not have any kind of relationship with former spouses, either with his children and for this same reason unknowns such information and is unable to provide it to the trustee.

4. That debtor believes that information can be provided by "Asume", agency who represent beneficiary in the present case.

5. That debtors has comply with his DSO direct monthly payments which are made by payroll deduction and the evidence has also been provided to the trustee.

WHEREFORE, its respectfully requested to this Honorable Court to grant a waiver to provide the DSO information and authorize trustee to request information to ASUME.

I HEREBY CERTIFY: that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to, Chapter 13 Trustee and we sent copy of this document of this document through regular mail to Debtor(s) and all non CM/ECF participants interested parties to their address listed on the master address list.

IN SAN JUAN, PUERTO RICO, this 2nd of July of 2010.

RESPECTFULLY SUBMITTED.

JPC LAW OFFICE

Jose M Prieto Carballo, Esq
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.